DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 JUNE 2013

| | | | |
|---|---|---|---|
| 120P13 | In the Matter of: T.J.C., K.K.C., B.N.C., Minor Children | 1. Respondent-Mother's PDR Under N.C.G.S. § 7A-31 (COA12-927) | 1. Denied |
| | | 2. Respondent-Father's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| 122A92-6 | State v. Sherman Elwood Skipper | 1. Def's *Pro Se* PWC to Review Order of COA (COAP05-810) | 1. Denied |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| 127P13 | State v. Jarrod Willis | Def's PDR Under N.C.G.S. § 7A-31 (COA12-689) | Denied |
| 128P13 | Housecalls Home Health Care, Inc., Housecalls Healthcare Group, Inc., and Terry Ward, Individually v. State of North Carolina, Department of Health and Human Services, and Albert Delia, Acting Secretary, in his Capacity | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA12-839) | 1. Denied |
| | | 2. Defs' Conditional PDR Under N.C.G.S. § 7A-31 | 2. Dismissed as Moot **Jackson, J., Recused** |
| 129P13 | Henry B. Kopf v. Smartflow Technologies Inc., f/k/a NCSRT, Inc. ——————— Henry Kopf, III v. Smartflow Technologies, Inc. f/k/a NCSRT, Inc. | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA12-612) | 1. Denied |
| | | 2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 2. Dismissed as Moot |
| 130P13 | State v. Jomri Jarelle Wilson | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA12-954) | 1. Denied |
| | | 2. N.C. Center of Actual Innocence Motion for Leave to File *Amicus* Brief | 2. Dismissed as Moot |